FILED
2012 Dec-11 PM 01:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

City of Decatur, Alabama
402 Lee Street Northeast
Decatur, Alabama 35601

2012 DEC 10 P 12: 04

CV-12-J-3988-NE

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Billy John
☐ Agent
☐ Addressee

B. Received by (*Printed Name*) Brandon Johnson

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

DECATUR, AL DEC 07 2012 35602-9998

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7004 2510 0003 7221 6192

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-15